IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CAROL A. MOLLOY, | ) |
| Plaintiff, | ) CASE NO. 1:12-0039 |
| | ) JUDGE HAYNES |
| v. | ) |
| EQUABLE ASCENT FINANCIAL, LLC, et al., | ) |
| Defendant. | ) |

ORDER

The initial case management conference is reset for **Monday, July 23, 2012 at 3:00 p.m. in Columbia, Tennessee.**

It is so **ORDERED**.

ENTERED this the 16th day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge