## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

CAROL A. MOLLOY,                    )
                                    )
      Plaintiff,            )       CASE NO.  1:12-0039
                                    )       JUDGE HAYNES
v.                                  )
EQUABLE ASCENT FINANCIAL, LLC,      )
et al.,                             )
                                    )
      Defendant.            )

## O R D E R

The initial case management conference is reset for **Monday, July 23, 2012 at 3:00 p.m.**

**in Columbia, Tennessee**.

    It is so **ORDERED**.

    **ENTERED** this the ___*16*___ day of May, 2012.

                        WILLIAM J. HAYNES, JR.
                        United States District Judge