IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CAROL A. MOLLOY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUABLE ASCENT FINANCIAL )<br>LLC, JEFF D. HASENMILLER )<br>and FINKELSTEIN, KERN )<br>STEINBERG & CUNNINGHAM, )<br>ATTORNEYS )<br>)<br>Defendants )<br>) | Civil Action No. 1:12-cv-39<br><br>**Jury Trial Demanded** |

*[Handwritten note: Order — This motion is granted for the leave requested. /s/ [signature] 1-7-13]*

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY

Comes now Plaintiff, Carol A. Molloy ("Plaintiff") and moves this Court to extend the discovery period in this matter for an additional sixty (60) days, through and including March 18, 2013. The extended discovery period is needed for the following reasons:

1. The current discovery period is scheduled to close on January 18, 2013.

2. The parties were working toward a resolution of this matter which resolution did not transpire.

3. The trial in this matter is scheduled for August 27, 2013 and therefore the extension of the discovery deadline will not prejudice the parties. The extension is being requested so that the parties may complete discovery. The extension is not being sought for any purpose contrary to the Federal Rules of Civil Procedure or the Local Rules of this Court.

1