ORDER:
Motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAROL A. MOLLOY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv 00039 |
| ) | |
| EQUABLE ASCENT FINANCIAL ) | |
| LLC, JEFF D. HASENMILLER ) | |
| and FINKELSTEIN, KERN ) | |
| STEINBERG & CUNNINGHAM, ) | |
| ATTORNEYS ) | |
| Defendants. ) | Jury Demand |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO QUASH SUBPOENA**

Comes now Plaintiff, Carol A. Molloy ("Plaintiff"), by and through undersigned counsel, and pursuant to Local Rule 7.01(b), seek leave to file a Reply Brief in support of her Motion to Quash Subpoena. Plaintiff filed her Motion on February 6, 2013 and Defendant responded on February 15, 2013. Because Plaintiff believes that the Court will benefit from her reply brief, attached hereto, she respectfully request leave to file.

Respectfully submitted,

/s/Russell L. Leonard
Russell L. Leonard, BPR# 044191
Attorney for Plaintiff
315 N. High Street
Winchester, TN 37398
(931) 962-0447 Phone