IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CAROL A. MOLLOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-0039 |
| v. ) | Chief Judge Haynes |
| ) | |
| EQUITABLE ASCENT FINANCIAL, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Upon parties' joint stipulation of dismissal, (Docket Entry No. 49), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED without prejudice**. Each party to pay its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 15th day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court