IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CAROL A. MOLLOY,

    Plaintiff,

v.

EQUITABLE ASCENT FINANCIAL, LLC, et al.,

    Defendants.

Case No. 1:12-0039
Chief Judge Haynes

## ORDER

Upon parties' joint stipulation of dismissal, (Docket Entry No. 49), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED without prejudice**. Each party to pay its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 15th day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court